```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
                                 :
UNITED STATES OF AMERICA         :
                                 :    UNSEALING ORDER
       - v. -                    :
                                 :    21 Cr. 609
ADEDAYO JOHN, et al.             :
                                 :
            Defendants.          :
                                 :
- - - - - - - - - - - - - - - - X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Kaylan E. Lasky and Matthew Weinberg;

It is found that the Superseding Indictment in the above-captioned action, S1 21 Cr. 609, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Superseding Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated:  New York, New York
        December 27, 2021

_____
SARAH NETBURN
United States Magistrate Judge