

*The Law Office of*
**Elizabeth E. Macedonio**

52 Duane Street – 7th Floor – New York, New York 10007
Office: 212-235-5494 • Cell: 917-533-5965 • Email: Emacedonio@Yahoo.com

February 9, 2022

**Electronically Filed**

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Aramiwale Shittu</u>
21 Cr. 609 (LAP)

Dear Judge Preska:

I represent Aramiwale Shittu in the above referenced matter. I write to request that Mr. Shittu be permitted to travel with his wife to Jacksonville, Florida to attend a family event from March 4 to March 6, 2022. If the request is approved by the Court, Mr. Shittu will provide his Pretrial Officer with his itinerary and will advise his officer when he departs and returns.

For background purposes, it may help the Court to know that Mr. Shittu was arrested on December 26, 2021. He was presented on December 27, 2021 and released the same day. His bail includes a $100,000 personal recognizance bond that has been co-singed by two additional people. His travel is limited to the Southern and Eastern Districts of New York and the District of New Jersey where he resides. Mr. Shittu has surrendered is travel documents and has been fully compliant with all the additional terms of his release.

I have spoken with Pretrial Officer Stephen Boose in the Southern District of New York with regard to this application. Mr. Boose consents to the proposed travel. The government defers to Pretrial Services.

I thank Your Honor for her consideration.

*Permission granted*

Respectfully submitted,

**SO ORDERED**
/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
2/10/22

*Elizabeth E. Macedonio*
Elizabeth E. Macedonio
*Counsel for the Defendant*
*Aramiwale Shittu*

All Parties Via ECF