UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES,<br><br>                    Plaintiff,<br><br>-against-<br><br>ADEDAYO JOHN, et al.,<br><br>                    Defendants. | No. 21-CR-609 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The conference scheduled for June 2, 2022, at 2:00 p.m. is moved to 10:00 a.m. on the same day and will now occur as a teleconference.  The dial-in is 877-402—9753, access code: 6545179.

**SO ORDERED.**

Dated:    May 26, 2022
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1