

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 3, 2022

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States v. Adedayo John, et al.,
             21 Cr. 609 (LAP)

Dear Judge Preska:

      The Government writes with respect to scheduling in the above-captioned matter. At the most recent status conference, held telephonically on June 2, 2022, the Court set a deadline of August 1, 2022 for defense motions. The Court also instructed the parties to confer and provide the Court with a joint letter setting forth the dates that they were unavailable for trial during the first quarter of 2023. At that conference, the Court excluded time under the Speedy Trial Act until the motions deadline of August 1, 2022, pursuant to 18 U.S.C. § 3161(h)(7). The Court did not schedule another status conference.

      On June 3, 2022, the parties submitted their trial conflicts to the Court. (ECF No. 147.) Thereafter, the Court set a trial date of March 13, 2023. (ECF No. 153.)

      The motions deadline has since passed, and no defendants have filed motions.[1] The Government therefore requests that the Court exclude time under the Speedy Trial Act, in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7), until the trial date of March 13, 2023, or, in the alternative, to any future status conference that the Court wishes to schedule, so that the parties may continue to review discovery, engage in negotiations regarding pretrial resolutions, and prepare for trial.

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

8/4/22

---

[1] Defendant Smart Agunbiade was granted an extension until September 12, 2022 to file a motion relating to the seizure of $10,000 in cash from his residence on the date of his arrest, which may be obviated should the parties successfully complete plea negotiations. (ECF No. 156.)