```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :    ORDER
                                    :
        -v.-                        :    S1 21 Cr. 609 (LAP)
                                    :
ADEDAYO JOHN, et al,                :
                                    :
            Defendants.             :
                                    :
------------------------------------:
                                    X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Kaylan E. Lasky and Matthew Weinberg, dated December 8, 2022;

WHEREAS on or about August 12, 2022, the Government sought and obtained from this Court an order authorizing the United States Internal Revenue Service ("IRS") to disclose taxpayer return information purportedly associated with the scheme charged in Count One of the First Superseding Indictment (the "Tax Order"). On November 18, 2022, the Government received a production of documents from the IRS in response to the Tax Order (the "Tax Documents");

WHEREAS trial in the above-captioned matter is currently scheduled to begin on March 13, 2023;

IT IS HEREBY ORDERED that, giving due consideration to congressional policy favoring the confidentiality of returns and

return information as set forth in Title 26, United States Code, the Tax Documents are required to be produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure; and

    IT IS HEREBY FURTHER ORDERED that the Tax Documents are probative of a matter in issue relevant in establishing the guilt of the defendants, *i.e.*, at the forthcoming trial in the above-captioned matter.

SO ORDERED.
Dated: New York, New York
      December 9, 2022

_____
HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE