

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 20, 2023

**By ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States v. Aramiwale Shittu,
                S1 21 Cr. 609 (LAP)

Dear Judge Preska:

      The Government respectfully submits this letter motion to request that the Court accept defendant Aramiwale Shittu's guilty plea allocution, made before Magistrate Judge Barbara Moses on January 19, 2023. The transcript of that proceeding and the text of a proposed order are appended hereto.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____/s/_____
     Kaylan E. Lasky
     Matthew Weinberg
     Assistant United States Attorneys
     (212) 637-2315 / 2386

```
The plea is accepted.

SO ORDERED.

/s/ Loretta A. Preska
2/10/23
```

cc: Counsel of Record (via ECF)