UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

            Plaintiff

    -against-

ARAMIWALE SHITTU,

            Defendant.

21 Cr. 609 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Proposed amendments to the United States Sentencing Commission Guidelines are scheduled to go into effect prior to Mr. Aramiwale Shittu's sentencing.  The parties shall address any revisions to the Guidelines that implicate the proper calculation of Mr. Shittu's guideline range by November 3, 2023.

**SO ORDERED.**

Dated:    New York, New York
           October 31, 2023

                                             _____
                                             LORETTA A. PRESKA
                                             Senior United States District Judge